THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anthony L. Glover, Appellant.
 
 
 

Appeal From Sumter County
Thomas W. Cooper, Jr, Circuit Court Judge

Unpublished Opinion No. 2007-UP-036
Submitted January 2, 2007  Filed January 19,   

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  all of Columbia; C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Anthony Lee Glover was tried and convicted of possession of crack cocaine.  The trial court sentenced him to five years imprisonment.  On appeal, Glover argues the trial court erred by failing to grant his motion for a directed verdict because the State presented insufficient evidence of his guilt.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Glovers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ. Concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.